IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY DELGUERICO AND<br>LEIGH DELGUERICO<br><br>and<br><br>DELGUERICO'S WRECKING &<br>SALVAGE, INC.,<br><br>　　Plaintiffs,<br>　vs.<br><br>SPRINGFIELD TOWNSHIP,<br>BUCKS COUNTY,<br><br>　and<br><br>JEFFREY MEASE, individually and<br>in his capacity as Code Enforcement<br>Officer for Springfield Township,<br><br>　and<br><br>PETER LAMANA, RODNEY WIEDER<br>JAMES HOPKINS, ROBERT ZISKO and<br>CHARLES HALDERMAN, JR.,<br>individually and in their official<br>capacities as members of the Board<br>of Supervisors of Springfield Township<br><br>　and<br><br>JOHN HAMMILL and PATRICIA<br>HAMMILL,<br><br>　　Defendants. | : CIVIL ACTION<br>:<br>: No.:  02-CV-3453<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Tony DelGuerico and Leigh DelGuerico, ("Plaintiffs"), and John Hammill and Patricia Hammill, ("Defendants"), that the Defendants may have a thirty (30) day extension of time to respond to the Complaint, until the close of business on Monday, August 12, 2002.

_____       _____

JULIE L. KITZE, Attorney for         JOHN M. HELEY, Attorney for
Tony and Leigh DelGuerico            John and Patricia Hammill

                                     BY THE COURT:


                                     _____
                                     The Honorable John R. Padova, J.