IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY DELGUERICO AND LEIGH DELGUERICO | : CIVIL ACTION :<br>: No.: 02-CV-3453 |
| and | : |
| DELGUERICO'S WRECKING & SALVAGE, INC., | : |
| Plaintiffs, | : |
| vs. | : |
| SPRINGFIELD TOWNSHIP, BUCKS COUNTY, | : |
| and | : |
| JEFFREY MEASE, individually and in his capacity as Code Enforcement Officer for Springfield Township, | : |
| and | : |
| PETER LAMANA, RODNEY WIEDER JAMES HOPKINS, ROBERT ZISKO and CHARLES HALDERMAN, JR., individually and in their official capacities as members of the Board of Supervisors of Springfield Township | : |
| and | : |
| JOHN HAMMILL and PATRICIA HAMMILL, | : |
| Defendants. | : JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

      I, John M. Heley, Esquire, do certify that on August 7, 2002, I served upon Julie L. Kitze, Esquire, Attorney for Plaintiffs, Springfield Township, Jeffrey Mease, Code Enforcement Officer for Springfield Township, Peter Lamana, Rodney Wieder, James Hopkins, Robert Zisko, and Charles Halderman, Jr., members of the Board of Supervisors of Springfield Township the Motion to Dismiss and supporting Memorandum of Law of Defendants, John and Patricia Hammill, by first class mail, postage pre-paid, addressed to them at their respective offices.

_____      JOHN M. HELEY, ESQUIRE