IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY DELGUERICO AND LEIGH DELGUERICO | : CIVIL ACTION<br>:<br>: No.: 02-CV-3453 |
| and | |
| DELGUERICO'S WRECKING & SALVAGE, INC., | |
|     Plaintiffs,<br> vs. | |
| SPRINGFIELD TOWNSHIP, BUCKS COUNTY, | |
|  and | |
| JEFFREY MEASE, individually and in his capacity as Code Enforcement Officer for Springfield Township, | |
|  and | |
| PETER LAMANA, RODNEY WIEDER JAMES HOPKINS, ROBERT ZISKO and CHARLES HALDERMAN, JR., individually and in their official capacities as members of the Board of Supervisors of Springfield Township | |
|  and | |
| JOHN HAMMILL and PATRICIA HAMMILL, | |
|     Defendants. | : JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this        day of                              , 2002, upon consideration of the Motion to Dismiss filed by the Defendants, John and Patricia Hammill, it is hereby ORDERED AND DECREED that Plaintiffs' Complaint is DISMISSED with prejudice as to John and Patricia Hammill.

                BY THE COURT:

_____ J.