```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TONY DELGUERICO, ET AL           :        CIVIL ACTION
                                 :
            v.                   :
                                 :
SPRINGFIELD TOWNSHIP, ET AL      :        NO.  02-3453

                      NOTICE OF HEARING

        AND NOW, this 23rd day of August, 2002, please take note that a

        [x] preliminary pretrial conference
        [ ] final pretrial conference
        [ ] settlement conference
        [ ] status conference

in the above-captioned case will be held on September 25, 2002 (rescheduled from September 18, 2002) at 3:00 p.m. before the **Honorable John R. Padova.**  This conference will be held

        [x] in chambers, Room 6614
        [ ] by telephone*
            *Counsel for the plaintiff will be responsible for
            contacting all parties, at which time you may
            contact Judge Padova's chambers at 215/597-1178.

        If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date.  Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

        Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:                             or    BY THE COURT:


BY: _____                  _____
    Gerrie M. Keane                       JOHN R. PADOVA,      J.
    Deputy Clerk

cc: Julie L. Kitze, Esquire
    Neil A. Morris, Esquire
    John Heley, Esquire
    David Maselli, Esquire

SCHEDULING INFORMATION REPORT
(To be completed and returned to Judge Padova's
Chambers three (3) days before the pretrial conference)

Caption: _____

Civil Action No.: _____

Jury Trial _____   Non-Jury Trial _____   Arbitration _____

Plaintiff's Counsel: _____

Address: _____

Phone: _____   Fax: _____

Defendant's Counsel: _____

Address: _____

Phone: _____   Fax: _____

Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a)? _____ When? _____ If not, why? _____
_____

Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)? _____ When? _____ If not, why? _____
_____

Discovery completed? _____ If not, when? _____

If you contend the discovery period should exceed four months after the last appearance by all defendants is filed, please state reasons:
_____


Ready for trial by: _____
                    Date
Is a settlement conference likely to be helpful? _____
If so, when: Early _____ (yes/no)   After discovery _____
Do you expect to file a case-dispositive motion? _____
If so, by what date? _____
Trial time estimate: _____
Time to present your case: _____
Time for entire trial: _____
Date: _____

                                                    _____
                                                    Signature of counsel preparing the form

                                                    _____
                                                    Typed or printed name