IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY DELGUERICO AND LEIGH DELGUERICO | : CIVIL ACTION <br> : <br> : No.: 02-CV-3453 |
| and | |
| DELGUERICO'S WRECKING & SALVAGE, INC., | |
| Plaintiffs, | |
| vs. | |
| SPRINGFIELD TOWNSHIP, BUCKS COUNTY, | |
| and | |
| JEFFREY MEASE, individually and in his capacity as Code Enforcement Officer for Springfield Township, | |
| and | |
| PETER LAMANA, RODNEY WIEDER, JAMES HOPKINS, ROBERT ZISKO and CHARLES HALDERMAN, JR., individually and in their official capacities as members of the Board of Supervisors of Springfield Township | |
| and | |
| JOHN HAMMILL and PATRICIA HAMMILL, | |
| Defendants. | : JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

    I, John M. Heley, Esquire, do certify that on August 28, 2002, I served upon Julie L. Kitze, Esquire, Attorney for Plaintiffs and David Maselli, Esquire, Attorney for the Springfield Township Defendants, a copy of a Supplemental Memorandum of Law of Defendants, John and Patricia Hammill, by first class mail, postage pre-paid, addressed to them at their respective offices.

_____       JOHN M. HELEY, ESQUIRE