IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY DELGUERICO, ET AL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| SPRINGFIELD TOWNSHIP, ET AL | : | NO. 02-3453 |

O R D E R

_____AND NOW, this 7th day of October, 2002, IT IS HEREBY ORDERED that this matter be referred to Magistrate Judge Charles B. Smith for a settlement conference to be held within two weeks from the date of this Order.

BY THE COURT:

_____
JOHN R. PADOVA,        J.