IN THE UNITED STATES COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

*TONY DELGUERICO, et al.*          :     CIVIL ACTION

      *Plaintiffs*          :     No. 02-CV-3453

*v.*                               :

*SPRINGFIELD TOWNSHIP, et al.* :

      *Defendants*          :

WITHDRAWAL OF APPEARANCE

*TO THE CLERK:*

    Kindly withdraw my appearance on behalf of the Plaintiffs in the above-captioned matter.

                                              *JULIE L. KITZE*
                                              *Attorney for Plaintiffs,*
                                              *Tony DelGuerico, Leigh DelGuerico*
                                              *and DelGuerico's Wrecking and*
                                              *Salvage, Inc.*

*OF COUNSEL:*

*NEIL A. MORRIS ASSOCIATES, P.C.*
*Mellon Bank Center*
*1735 Market Street, 43rd Floor*
*Philadelphia, Pennsylvania 19103*
*Tel. (215) 751-0600*
*Fax (215) 751-1425*
*jkitze@namapc.com*

*Date: February 6, 2004*

IN THE UNITED STATES COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *TONY DELGUERICO, et al.* | : | *CIVIL ACTION* |
| *Plaintiffs* | : | *No. 02-CV-3453* |
| *v.* | : | |
| *SPRINGFIELD TOWNSHIP, et al.* | : | |
| *Defendants* | : | |

ENTRY OF APPEARANCE

*TO THE CLERK:*

Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

*MARK D. CHIACCHIERE*
*Attorney for Plaintiffs,*
*Tony DelGuerico, Leigh DelGuerico and DelGuerico's Wrecking and Salvage, Inc.*

*OF COUNSEL:*

*NEIL A. MORRIS ASSOCIATES, P.C.*
*Mellon Bank Center*
*1735 Market Street, 43rd Floor*
*Philadelphia, Pennsylvania  19103*
*Tel. (215) 751-0600*
*Fax (215) 751-1425*
*mchiacchiere@namapc.com*

## CERTIFICATION OF SERVICE

*Mark D. Chiacchiere,* Esquire, hereby certifies that a true and correct copy of the foregoing *Entry of Appearance* and *Withdrawal of Appearance* was served upon the following, *via* First Class Mail, Postage Prepaid, on February 6, 2004:

| | |
|---|---|
| David M. Maselli, Esquire<br>Wright & O'Donnell<br>15 East Ridge Pike, Suite 570<br>Conshohocken, PA 19428<br><br>Attorney for Defendants Springfield Township, Jeffrey Mease, Peter Lamana, Rodney Wieder, James Hopkins, Robert Zisko and Charles Halderman, Jr. | John M. Heley, Esquire<br>245 West Broad Street<br>P.O. Box 558<br>Quakertown, PA 18951<br><br>Attorney for Defendants John Hammill and Patricia Hammill |

 

                                                                              *MARK D. CHIACCHIERE*
                                                                              *Attorney for Plaintiffs*

*OF COUNSEL:*

*NEIL A. MORRIS ASSOCIATES, P.C.*
*The Mellon Bank Center*
*1735 Market Street, 43rd Floor*
*Philadelphia, Pennsylvania  19103*
*Tel. (215) 751-0600*
*Fax (215) 751-1425*
[mchiacchiere@namapc.com](mailto:mchiacchiere@namapc.com)