```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TONY DELGUERICO, ET AL        :      CIVIL ACTION
                              :
          v.                  :
                              :
SPRINGFIELD TOWNSHIP, ET AL   :      NO. 02-3453
```

NOTICE OF HEARING

This 18th day of March, 2004, please take note that a telephone conference regarding status and scheduling in the above-captioned case will be held on **March 25, 2004 at 10:30 a.m.** before the **Honorable John R. Padova.** Plaintiff will be responsible for contacting all parties, at which time you may contact Judge Padova's chambers at 215/597-1178.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date.

```
                         BY:    _____
                                Gerrie M. Keane
                                Deputy Clerk


TO:    Neil A. Morris, Esquire
       John Heley, Esquire
       David Maselli, Esquire
```