```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TONY DELGUERICO, ET AL        :       CIVIL ACTION
                              :
            v.                :
                              :
SPRINGFIELD TOWNSHIP, ET AL   :       NO.  02-3453
```

ORDER

**AND NOW**, this 2nd day of April, 2004, **IT IS HEREBY ORDERED** that:

    1.  This matter shall be removed from civil suspense and returned to the active docket; and

    2.  A settlement conference in the above-captioned case will be held on **April 15, 2004 at 2:00 p.m.** in Room 6614, U.S. Courthouse.

BY THE COURT

_____
John R. Padova               J.