IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TONY DELGUERICO, ET AL          :        CIVIL ACTION
                                :
              v.                :
                                :
SPRINGFIELD TOWNSHIP, ET AL     :        NO.  02-3453


NOTICE


          This 13th day of May, 2004, please take note that a telephone conference regarding settlement progress in the above-captioned case will be held on **May 14, 2004 at 10:30 a.m.** before the **Honorable John R. Padova.**

          Counsel for the plaintiff will be responsible for contacting all parties, at which time you may contact Judge Padova's chambers at 215/597-1178.


                         BY:    _____
                                Gerrie M. Keane
                                Deputy Clerk


TO:      Neil A. Morris, Esquire
         John Heley, Esquire
         David Maselli, Esquire

GMK/05/13/2004
faxed to all counsel