```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TONY DELGUERICO, ET AL         :        CIVIL ACTION
                               :
          v.                   :
                               :
SPRINGFIELD TOWNSHIP, ET AL    :        NO.  02-3453
```

NOTICE

This 24th day of May, 2004, please take note that a telephone conference case will be held on **May 25, 2004 at 9:15 a.m.** before the **Honorable John R. Padova**.

Counsel for the plaintiff will be responsible for contacting all parties, at which time you may contact Judge Padova's chambers at 215/597-1178.


```
                          BY:   _____
                                Gerrie M. Keane
                                Deputy Clerk


TO:    Neil A. Morris, Esquire
       John Heley, Esquire
       David Maselli, Esquire
       David Macfarlan, Esquire
       James M. McNamara, Esquire

GMK/05/24/2004
faxed to all counsel
```