IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY DELGUERICO, ET AL. | : | CIVIL ACTION |
| v. | : | |
| SPRINGFIELD TOWNSHIP, ET AL. | : | NO. 02-3453 |

**O R D E R**

**AND NOW**, this 28th day of June, 2004, **IT IS HEREBY ORDERED** that:

1. TRIAL in the above captioned case shall commence on September 27, 2004, in Courtroom 6-A, at 10:00 a.m.

2. A Final Pretrial Conference is scheduled for August 31, 2004, at 1:30 p.m.

BY THE COURT:

_____
John R. Padova, J.