## CERTIFICATION OF SERVICE

*MARK D. CHIACCHIERE*, Esquire, hereby certifies that true and correct copies of the *Motion to Enforce Settlement Between Springfield Township Defendants and Plaintiffs* and *Brief in Support Thereof* were served upon the following, *via* First Class Mail, Postage Prepaid, on August 9, 2004:

| | |
|---|---|
| David M. Maselli, Esquire<br>Wright & O'Donnell<br>15 East Ridge Pike, Suite 570<br>Conshohocken, PA 19428<br><br>Attorney for Defendants Springfield Township, Jeffrey Mease, Peter Lamana, Rodney Wieder, James Hopkins, Robert Zisko and Charles Halderman, Jr. | John M. Heley, Esquire<br>245 West Broad Street<br>P.O. Box 558<br>Quakertown, PA 18951<br><br>Attorney for Defendants John Hammill and Patricia Hammill |

 

_____
*MARK D. CHIACCHIERE*
*Attorney for Plaintiffs,*
*Tony DelGuerico, Leigh DelGuerico and*
*DelGuerico's Wrecking & Salvage, Inc.*

*OF COUNSEL:*

*NEIL A. MORRIS ASSOCIATES, P.C.*
*Mellon Bank Center*
*1735 Market Street, 43rd Floor*
*Philadelphia, PA 19103*
*Tel. (215) 751-0600*
*Fax (215) 751-1425*
*mchiacchiere@namapc.com*