IN THE UNITED STATES COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONY DELGUERICO and** | : | CIVIL ACTION |
| **LEIGH DELGUERICO** | : | No. 02-CV-3453 |
| and | : | |
| **DELGUERICO'S WRECKING &** | | |
| **SALVAGE** | : | |
| Plaintiffs, | : | |
| v. | | |
| | : | |
| **SPRINGFIELD TOWNSHIP, et al.** | : | |
| Defendants. | | |

### NOTICE OF DISMISSAL OF DEFENDANTS JOHN AND PATRICIA HAMMILL

Defendants, John and Patricia Hammill ("Hammill Defendants"), are hereby dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1) as Hammill Defendants have not filed an Answer or a Motion for Summary Judgement.

*Respectfully submitted,*

/s/
*NEIL A. MORRIS*
*MARK D. CHIACCHIERE*
*Attorneys for Plaintiffs,*
*Tony DelGuerico, Leigh DelGuerico and*
*DelGuerico's Wrecking & Salvage, Inc.*

**OF COUNSEL:**

**NEIL A. MORRIS ASSOCIATES, P.C.**
Mellon Bank Center
1735 Market Street, 43rd Floor
Philadelphia, PA 19103
(215) 751-0600 (Tel.)
(215) 751-1425 (Fax)
nmorris@namapc.com

**Date:  August 11, 2004**