## CERTIFICATION OF SERVICE

*MARK D. CHIACCHIERE*, Esquire, hereby certifies that a true and correct copy of *Plaintiffs' Request For Entry of Default Against Defendants Springfield Township, Jeffrey Mease, Peter Lamana, Rodney Wieder, James Hopkins, Robert Zisko and Charles Halderman, Jr.,* was served upon the following, *via* First Class Mail, Postage Prepaid, on August 19, 2004:

> David M. Maselli, Esquire
> Wright & O'Donnell
> 15 East Ridge Pike, Suite 570
> Conshohocken, PA 19428
>
> Attorney for Defendants Springfield Township, Jeffrey Mease, Peter Lamana, Rodney Wieder, James Hopkins, Robert Zisko and Charles Halderman, Jr.

> _____
> *MARK D. CHIACCHIERE*
> *Attorney for Plaintiffs,*
> *Tony DelGuerico, Leigh DelGuerico and*
> *DelGuerico's Wrecking & Salvage, Inc.*

*OF COUNSEL:*

*NEIL A. MORRIS ASSOCIATES, P.C.*
*Mellon Bank Center*
*1735 Market Street, 43rd Floor*
*Philadelphia, PA 19103*
*Tel. (215) 751-0600*
*Fax (215) 751-1425*
*mchiacchiere@namapc.com*

*Date: August 19, 2004*