IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *TONY DELGUERICO* and *LEIGH DELGUERICO* | : | CIVIL ACTION |
| | : | No. 02-CV-3453 |
| and | : | |
| *DELGUERICO'S WRECKING & SALVAGE* | : | |
| *Plaintiffs,* | : | |
| v. | : | |
| *SPRINGFIELD TOWNSHIP, et al.* | : | |
| *Defendants.* | : | |
| | : | |

**ORDER**

*AND NOW* this ____ day of _____, 2004 it is hereby **ORDERED** and **DECREED** that an Entry of Default, pursuant to Rule 55(a) of the Fed.R.Civ.P., is entered against Defendants Springfield Township, Jeffrey Mease, Peter Lamana, Rodney Wieder, James Hopkins, Robert Zisko and Charles Halderman, Jr.,

_____