IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY DELGUERICO, ET AL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| SPRINGFIELD TOWNSHIP, ET AL | : | NO. 02-3453 |

O R D E R

**AND NOW**, this 19th day of August, 2004, **IT IS ORDERED** that settlement issues will be addressed at the August 31, 2004 Final Pretrial Conference. Counsel shall have their Principals present at the conference.

BY THE COURT:

_____
JOHN R. PADOVA,         J.