IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY DELGUERICO, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPRINGFIELD TOWNSHIP, ET AL. | : | NO. 02-3453 |

**O R D E R**

**AND NOW**, this 4th day of October, 2004, in consideration of John and Patricia Hammill's "Motion to Intervene" (Docket No. 42) and Plaintiffs' Response thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

_____
John R. Padova, J.

---

[1] John and Patricia Hammill were dismissed as Defendants to this action by stipulation on August 11, 2004. They have filed the instant Motion in order to intervene in this action so that they can oppose the entry of a proposed consent decree between Plaintiffs and Springfield Township. This action was, however, dismissed with prejudice pursuant to Local Rule 41.1(b) on August 31, 2004 without the entry of any consent decree. Accordingly, the Hammill's motion is denied as moot.