*IN THE UNITED STATES COURT FOR*
*THE EASTERN DISTRICT OF PENNSYLVANIA*

| | | |
|---|---|---|
| *TONY DELGUERICO, et al.* | : | CIVIL ACTION |
| *Plaintiffs,* | : | No. 02-CV-3453 |
| *v.* | : | |
| *SPRINGFIELD TOWNSHIP, et al.* | : | |
| *Defendants.* | : | |

*ORDER*

**AND NOW,** this _____ day of _____, 2004, it is hereby **ORDERED** and **DECREED** that this Joint Motion on Behalf of All Parties to Vacate Dismissal of the Action Pursuant to Local Rule 41.1(b) is **GRANTED**. The Order of August 31, 2004 dismissing this action is **VACATED**. The parties may submit a Consent Decree for consideration by the court.

*BY THE COURT:*

_____
*JOHN R. PADOVA,                J.*