IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY DELGUERICO AND<br>LEIGH DELGUERICO<br><br>and<br><br>DELGUERICO'S WRECKING &<br>SALVAGE, INC.,<br><br>    Plaintiffs,<br> vs.<br><br>SPRINGFIELD TOWNSHIP,<br>BUCKS COUNTY,<br><br> and<br><br>JEFFREY MEASE, individually and<br>in his capacity as Code Enforcement<br>Officer for Springfield Township,<br><br> and<br><br>PETER LAMANA, RODNEY WIEDER<br>JAMES HOPKINS, ROBERT ZISKO and<br>CHARLES HALDERMAN, JR.,<br>individually and in their official<br>capacities as members of the Board<br>of Supervisors of Springfield Township<br><br> and<br><br>JOHN HAMMILL and PATRICIA<br>HAMMILL,<br><br>    Defendants. | : CIVIL ACTION<br>:<br>: No.: 02-CV-3453<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NOTICE OF APPEAL<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## **NOTICE OF APPEAL**

Notice is hereby given that the Defendants, John and Patricia Hammill hereby appeal to the United States Court of Appeals for the Third Circuit pursuant to Fed. R.A.P. 3(a) from the Order entered in this matter by the United States District Court for the Eastern District of Pennsylvania, Padova, J., on October 6, 2004 as evidenced by the attached copy of the Order and the docket entries.

                                              RESPECTFULLY SUBMITTED,

                                              BY:_____
                                                  JOHN M. HELEY, ESQUIRE
                                                  Attorney for Defendants, John and
                                                  Patricia Hammill
                                                  245 West Broad Street
                                                  P.O. Box 558
                                                  Quakertown, PA   18951
                                                  (215) 538-0500
                                                  I.D.#: 45676