IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TONY DELGUERICO, ET AL

                              02-CV-3453
                              District Court Docket Number

       vs.

SPRINGFIELD TOWNSHIP,
BUCKS COUNTY

Notice of Appeal Filed <u>11/5/04</u>
Court Reporter(s)/ESR Operator(s)     <u>N/A</u>


Filing Fee:
      Notice of Appeal <u>_X_</u> Paid __Not Paid    __Seaman
      Docket Fee     <u>_X_</u> Paid __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed <u>In Forma Pauperis</u>   status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:


                                           Defendant's Address (for criminal appeals)


                                           Prepared by : _____
                                                   James Deitz , Deputy Clerk

            PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
                THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm