IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY DELGUERICO AND LEIGH DELGUERICO | : CIVIL ACTION :<br>: No.: 02-CV-3453 |
| and | |
| DELGUERICO'S WRECKING & SALVAGE, INC., | |
| Plaintiffs, | |
| vs. | |
| SPRINGFIELD TOWNSHIP, BUCKS COUNTY, | |
| and | |
| JEFFREY MEASE, individually and in his capacity as Code Enforcement Officer for Springfield Township, | |
| and | |
| | : CERTIFICATE OF SERVICE |
| PETER LAMANA, RODNEY WIEDER JAMES HOPKINS, ROBERT ZISKO and CHARLES HALDERMAN, JR., individually and in their official capacities as members of the Board of Supervisors of Springfield Township | |
| and | |
| JOHN HAMMILL and PATRICIA HAMMILL, | |
| Defendants. | : JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I, John M. Heley, Esquire, hereby certify that a copy of Defendants John and Patricia Hammills' Notice of Appeal was mailed to the following by first class mail, postage prepaid on November 4, 2004:

The Honorable John R. Padova
Judge of the United States District Court
for the Eastern District of Pennsylvania
U.S. Courthouse
Room 6614
601 Market Street
Philadelphia, PA   19106

Neil A. Morris, Esquire
Neil A. Morris Associates, P.C.
Mellon Bank Center
1735 Market Street
43rd Floor
Philadelphia, PA  19103

David M. Maselli, Esquire
Wright and O'Donnell, P.C.
15 East Ridge Pike
Suite 570
Conshohocken, PA 19428

RESPECTFULLY SUBMITTED,

BY:
JOHN M. HELEY, ESQUIRE
Attorney for Defendants
John and Patricia Hammill