IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY DELGUERICO, ET AL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPRINGFIELD TOWNSHIP, ET AL | : | N0. 02-3453 |

## **ORDER**

AND NOW, this 22nd day of November, 2004, in view of the Consent Decree entered in this matter on November 10, 2004, **IT IS HEREBY ORDERED** that the Clerk mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
John R. Padova                    J.